Commonwealth *v.* Mallory, Appellant.

Submitted June 12, 1968. *Abraham Berkowitz,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Missinger, Appellant.

Argued June 10, 1968. *Harold N. Fitzkee, Jr.,* Public Defender, for appellant; *John T. Miller,* First Assistant District Attorney, with him *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.